**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1048**

CHONG SU YI,

        Plaintiff – Appellant,

    v.

ABDOULAYE DIENE; WHOLE FOODS MARKET, INCORPORATED,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:16-cv-03653-TDC)

Submitted:  April 27, 2017                        Decided:  May 3, 2017

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Chong Su Yi, Appellant Pro Se.  Christopher Eric Humber, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellee Whole Foods Market, Incorporated.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chong Su Yi appeals the district court's order dismissing his complaint without prejudice as barred by a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Yi v. Diene*, No. 8:16-cv-03653-TDC (D. Md. filed Dec. 14, 2016; entered Dec. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*